# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1270.  LABARRION HARRIS v. THE STATE.**

In 2011, LaBarrion Harris pleaded guilty to armed robbery, aggravated assault, aggravated battery, and possession of a firearm during the commission of a felony. He was sentenced to a total term of imprisonment of 35 years, with the first 20 years to serve in prison and the remainder on probation. Harris did not file a direct appeal from his convictions and sentence. He subsequently filed a motion to vacate a void judgment, which the trial court summarily denied on October 16, 2017. Harris then filed a direct appeal to the Supreme Court, raising constitutional challenges to the enactment of the Georgia Code sections under which he was convicted. The Supreme Court found that Harris's appeal "fail[ed] to present a novel constitutional issue sufficient to invoke" its jurisdiction and transferred the appeal to this Court. See Case No. S18A0487 (transferred Jan. 16, 2018). The State has filed a motion to dismiss the appeal.

This Court previously dismissed Harris's application for discretionary appeal from the same October 16, 2017 order. See Case No. A18D0244 (dismissed Jan. 16, 2018).[1] As a result, the doctrine of res judicata bars Harris from seeking further

---

[1] In Harris's prior appeals before this Court: (1) we affirmed the trial court's denial of his "De Novo Out of Time Appeal" and "Motion to Reduce/Modify Sentence," see Case No. A14A0811 (decided September 22, 2014); (2) we dismissed Harris's direct appeal from the trial court's denial of his motion to vacate a void sentence, see Case No. A18A0837 (dismissed January 4, 2018); and (3) we granted Harris's application for discretionary appeal, pursuant to OCGA § 5-6-35 (j), from the trial court's denial of his out-of-time motion to withdraw his guilty plea, see Case No. A18D0333 (granted February 23, 2018).

appellate review of the trial court's order. See *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007); see also *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds.").

In light of the foregoing, the State's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   03/05/2018*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*

2